# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

CURTIS BERNARD SEALS,                    )
                                         )
      Petitioner,                        )
                                         )
v.                                       )       Case No. CIV-23-737-D
                                         )
CHRIS RANKINS,                           )
                                         )
      Respondent.                        )

## ORDER

Petitioner, a *pro se* state prisoner, filed a petition for habeas corpus under 28 U.S.C. § 2254 [Doc. No. 1]. Petitioner also filed an application for leave to proceed *in forma pauperis* [Doc. No. 6], which application was referred to United States Magistrate Judge Amanda Maxfield Green. Judge Green issued a Report and Recommendation [Doc. No. 7], in which she recommended that Petitioner's application be denied because he had sufficient financial resources to pay the $5.00 filing fee. Petitioner was advised that he could object to the Report and Recommendation on or before September 18, 2023.

On September 19, 2023, the Court received Petitioner's filing fee in full. Accordingly, Petitioner's application for leave to proceed *in forma pauperis* [Doc. No. 6] is **DENIED** as **MOOT**.

**IT IS SO ORDERED** this 20th day of September, 2023.

TIMOTHY D. DeGIUSTI
Chief United States District Judge